1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Plaintiff, Michelle L. Jacko and Core
   Compliance and Legal Services, Inc.



FILED
08 FEB 26 PM 3: 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0365 BEN CAB

| | |
|---|---|
| MICHELLE L. JACKO, an individual; and CORE COMPLIANCE AND LEGAL SERVICES, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SHUSTAK & PARTNERS, P.C., a New York corporation,<br><br>　　　　　Defendants. | CASE NO.<br><br>**COMPLAINT FOR MONEY DAMAGES**<br><br>**AND**<br><br>**DEMAND FOR JURY TRIAL** |

P:00412223:19017.002

COMPLAINT FOR MONEY DAMAGES

## PREAMBLE

Shustak & Partners crafted a contract so that it could use Michelle Jacko's services at a significant discount from which it billed its clients. Then it came time to pay her—and it reneged.

## PARTIES

**Plaintiffs.**

1. Michelle Jacko is an attorney, licensed to practice law in California. She resides in, and maintains her place of business in, this District in San Diego, California.

2. Core Compliance and Legal Services, Inc. is a California corporation that also maintains its principal place of business in this District in San Diego.

**Defendants.**

3. Shustak & Partners is a New York professional corporation with, on information, its principal place of business in New York, New York; it has an office and does business in this District.

## JURISDICTION AND VENUE

4. This is a civil action between citizens of different states, California and New York, in which the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a)(1).

5. Venue in this District is proper pursuant to the provisions of 28 U.S.C. §1391(a)(1), (2) and (3) because it is a judicial district in which all defendants reside, the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred and a judicial district in which the defendant is subject to personal jurisdiction.

## FIRST CLAIM FOR RELIEF

### [Breach of Contract]

6. Michelle Jacko and Core Compliance hereby incorporate by reference paragraphs 1 through 5, above.

7. On November 6, 2006, Shustak & Partners entered into a contract in San Diego, California, with Michelle Jacko and Core Compliance.

8. Michelle Jacko and Core Compliance attach of Exhibit 1 a copy of that contract.

9. That contract was to be performed in San Diego, California.

10. Michelle Jacko and Core Compliance have performed all of their obligations under the contract in San Diego, California.

11. In December 2007, Shustak & Partners breached that contract by refusing to pay Michelle Jacko and Core Compliance amounts owed for services rendered under that contract, and Michelle Jacko and Core Compliance have suffered money damages as a result.

## SECOND CLAIM FOR RELIEF

### [Account Stated]

12. Michelle Jacko and Core Compliance hereby incorporate by reference paragraphs 1 through 11, above.

13. Shustak & Partners owes Michelle Jacko and Core Compliance $81,273.61 according to the account attached as Exhibit 2.

## THIRD CLAIM FOR RELIEF

### [Money Had and Received]

14. Michelle Jacko and Core Compliance hereby incorporate by reference paragraphs 1 through 13, above.

15. Shustak & Partners owes Michelle Jacko and Core Compliance $81,273.61 for money Shustak & Partners had and received from those clients on whose behalf Michelle Jacko and Core Compliance performed services.

16. Michelle Jacko and Core Compliance are informed that Shustak & Partners received those funds to be paid to Michelle Jacko and Core Compliance and that Shustak & Partners has not and refuses to pay those funds to Michelle Jacko and Core Compliance.

## FOURTH CLAIM FOR RELIEF

### [Unjust Enrichment]

17. Michelle Jacko and Core Compliance hereby incorporate by reference

1  paragraphs 1 through 16, above.

2  　　　18.　Michelle Jacko and Core Compliance are informed that Shustak & Partners has
3  billed and collected money from clients for services Michelle Jacko and Core Compliance
4  performed, but that Shustak & Partners refuses to pay Michelle Jacko and Core Compliance
5  what Shustak & Partners owes them.

6  　　　19.　If Shustak & Partners is allowed to keep funds it received for work that
7  Michelle Jacko and Core Compliance performed, it will be unjustly enriched at the expense
8  of Michelle Jacko and Core Compliance.

## FIFTH CLAIM FOR RELIEF

### [California Unfair Trade Practices Act]

　　　20.　Michelle Jacko and Core Compliance hereby incorporate by reference paragraphs 1 through 19, above.

　　　21.　Based on its conduct, Shustak & Partners has engaged in unfair business practices in violation of Business & Professions Code §§ 17200, *et seq.*

　　　22.　Michelle Jacko and Core Compliance seek restitution of the moneys Shustak & Partners owes them for services they performed.

## PRAYER

Wherefore, Michelle Jacko and Core Compliance demand judgment against Shustak & Partners, as follows:

　　　1.　For money damages in an amount to be proven at trial, together with interest;

　　　2.　For prejudgment interest;

///
///
///
///
///
///
///

P:00412223:19017.002

-3-

COMPLAINT FOR MONEY DAMAGES

3. For attorneys fees, costs and expenses; and

4. And for such other and further relief as this Court deems just and proper.

DATED: February 26, 2008        SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____
EDWARD J. MCINTYRE
Attorneys for Plaintiff, Michelle Jacko and Core
Compliance and Legal Services, Inc.

Michelle Jacko and Core Compliance and Legal Services, Inc. hereby demand a jury trial of all claims triable by a jury.

DATED: February 26, 2008        SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____
EDWARD J. MCINTYRE
Attorneys for Plaintiff, Michelle Jacko and Core
Compliance and Legal Services, Inc.

**EXHIBIT 1**

November 6, 2006

Michelle Jacko, Esq.
Core Compliance & Legal Services, Inc.
5017 Georgetown Avenue
San Diego, CA 92110

Dear Michelle:

    This letter is intended to confirm my proposal to you whereby you become "Of Counsel" to Shustak & Partners, P.C. Based upon our initial meetings, in San Diego and New York and the numerous discussions we have had over the past number of months, I think there is a real opportunity for mutually beneficial synergy between our respective practices and areas of expertise.

    We propose you become "Of Counsel" to our firm and you would be so listed on our firm website and Martindale Hubbell. We would promote your particular expertise in both our regular e-newsletters and other marketing materials. Other than legal matters conducted through Shustak & Partners, you would have no financial obligation to our firm nor would we to you.

    As matters come to you and our firm that would be best handled by one or the other, we will discuss those matters, in advance, and mutually agree upon whether it is a matter that the other is interested in handling and we will agree upon what fee should be charged; how the work will be shared, if at all, and how the fee will be allocated. Our basic agreement on fee sharing is as follows. If we originate a matter that we ask you to work on and that you are willing to take on, the fees generated by your time will be paid to you at the rate of $285.00 per hour. Shustak & Partners will bill your time at a higher rate, currently $395/hour and the difference will belong to the Firm. Should your billable hour rate increase at Shustak & Partners, your payable rate will increase accordingly. Any legal matter that your staff works on and bills for, you will keep 100% of the fees charged for their time. All invoices will be payable to Core Compliance & Legal Services, Inc.

    Fixed fee matters will be shared 30% to our firm and 70% to you unless we reach a different agreement on any particular case.

    If any of our lawyers or staff works on the matter and bill for their time, we will keep 100% of the fees that we charged for our time. Similarly, if you originate a matter that our firm works on, you will receive 30% of the fees generated by our firm's personnel and 100% of the fees generated by your time spent on the matter, if any, to be paid if, as and when we collect those fees.

EXHIBIT  1

We anticipate that all legal matters you originate will be done under the umbrella of our firm. To the extent you bring in legal matters that you work on exclusively, using our firm name, reputation and which are done in our firm name, we will receive 15% of the total fees collected to cover our share of the overhead, risk of exposure and other operating cost factors.

You also have your own business, Core Compliance & Legal Services (CCLS) and you will be devoting substantial time to that business. For now, you will operate out of your current offices. This business is separate and distinct from Shustak & Partners. As such, any clients or prospects referred by Shustak & Partners to CCLS will be contacted by your firm through your business operations; work conducted through CCLS is covered by your professional liability insurance; and all billings and fees collected for compliance consultation will be done exclusively by CCLS.

We are planning on taking on more space adjacent to our existing offices which will be built out in early 2007. You shall have the option to take an office and support space, if you want it, in that new space on terms that we will discuss and agree upon.

For now, however, we have at least one open cubicle with phone and computer that you are welcome to use whenever you want to spend time in our office. The more time you spend here, the quicker we can develop a good working relationship and get to know each other's practice better. Per our conversation, we foresee you spending one to two days in our offices. Shustak & Partners will cover your associated parking expenses for time spent in our offices. Also, we will create a voice mailbox for you so that anyone calling you on our main phone lines will have an extension to reach you at.

Any matters that you refer to our firm to handle will be done in our firm's name as will any legal matters that we refer to you. Our malpractice policy will be renewed in January. We currently are shopping for a new carrier but we will cover you for legal work done under our firm with that new policy. As of now, the firm has adequate insurance and any claims arising out of work done by you will be covered by our existing policy.

For legal matters done through our firm, you will have access to our firm's Westlaw and other online research services; our photocopying; document processing and document storage system. We also will open an email account in the name of mjacko@shufirm.com which you can access from any computer via our web mail system. Your email account can be set up so that any emails sent to you at that address are forwarded to any existing email account you have but, from prospective clients' point of view, we want to have you appear as an integrated part of the firm.

You can work on any matters you are handling for our firm either from our office or yours. We will bill for those matters in our firm's name and, for matters which we originate, we will advance all the client costs and disbursements. For matters that you

Michelle Jacko, Esq.
Core Compliance & Legal Services, Inc.
November 6, 2006
Page 3

originate for our firm to work on, we will look to the client to advance the costs and disbursements.

For now, you will be considered an independent contractor, as our "Of Counsel". As such, you will pay for your own bar dues, continuing legal education fees and other expenses, other than expenses directly related to legal matters which we refer to you and, for those matters, we will cover any expenses and recoup them from the billings directly from the clients.

Finally, it is important that any new legal matters that you bring into the Firm, or which the Firm takes on, be vetted between us to ensure there are no conflicts of interest. Email to all attorneys is the easiest way to check for conflicts.

It has been a pleasure working with you so far and I look forward to a mutually beneficial relationship.

Very truly yours,

Erwin J. Shustak

Agreed to and Accepted:

Michelle Jacko
CEO
Core Compliance & Legal Services, Inc.

### Shustak and Partners Open Balance as of 01/17/09

| Client | Client Number | Open Balance | Engagement Agreement |
|---|---|---|---|
| Baker & Associates | 1612.01 | $6,683.74 | Attached |
| Capital 1st Financial | 1546.01 | $11,234.82 | Attached |
| Integrity FX | 1611.01 | $1,054.79 | Attached |
| John S. Costa | 1603.01 | $199.50 | S&P Client |
| Legacy Financial Services | 1616.01 | $566.27 | Attached |
| Martin Kelly | 1615.01 | $13,254.72 | Attached |
| Michael Seid | 1538.01 | $1,598.50 | S&P Client |
| Rose Jacques | 1536.01 | $4,339.00 | S&P Client |
| S. Raghavan | 1601.01 | $4,942.65 | Attached |
| Shareholders Services | 1608.01 | $151.22 | Attached |
| Yosemite Capital | 1606.01 | $13,425.05 | |
| Wall Street Associates | | $107.01 | Attached |
| WealthWise | 1499.03 | $2,013.82 | Attached |
| Torrey Capital, Inc | 1607.01 | $4,592.32 | Attached |
| Trust Deed Specialist | 1426.01 | $6,862.20 | S&P Client |

**TOTAL BALANCE**            **$71,025.61**

EXHIBIT 2

## Core Compliance & Legal Services

Earned 30% Client Referral
From Nov. 2006 to Oct. 2007
(minus Mar. & Apr. 2007)

| Client | | Amount |
|---|---|---:|
| Bank of Hawaii | $ | 142.50 |
| Wall Street Associates | $ | 35.62 |
| Wealthwise (Jeff Forrest) | $ | 10,039.88 |
| Parking | $ | 30.00 |
| Total due to CCLS by S&P | $ | **10,248.00** |

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
MICHELLE L. JACKO, an individual; and CORE COMPLIANCE AND LEGAL SERVICES, INC., a California corporation

**DEFENDANTS**
SHUSTAK & PARTNERS, P.C., a New York corporation

FILED
08 FEB 26 PM 3:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Edward J. McIntyre (SBN 80402)
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
(619) 238-4823

**ATTORNEYS (IF KNOWN)**

'08 CV 0365 BEN CAB

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) Complaint for money damages

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | SOCIAL SECURITY | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 861 HIA (13958) | [ ] 875 Customer Challenge 12 USC 3410 |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | LABOR | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | [ ] 740 Railway Labor Act | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 81,274   CHECK YES only if demanded in complaint: JURY DEMAND: [X] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)   JUDGE _____   Docket Number _____

DATE: February 26, 2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

148/05  $350  SLL 2/26/08

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 148105        SH

      February 26, 2008
          15:22:33


        Civ Fil Non-Pris
    USAO #.: 08CV0365
    Judge..: ROGER T BENITEZ
    Amount.:                $350.00 CK
    Check#.: BC8329



        Total->  $350.00


    FROM: JACKO V. SHUSTAKS & PARTNERS
```