Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MICHELLE L. JACKO, an individual; and
COMPLIANCE AND LEGAL SERVICES, INC., a
California corporation

vs

SHUSTAK & PARTNERS, P.C., a New York
corporation

FILED

08 FEB 26 PM 3:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0365 BEN CAB

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Edward J. McIntyre (SBN 80402)
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 238-4823        Facsimile: (619) 615-7923

email: emcintyre@swsslaw.com

An answer to the complaint which is herewith served upon you, within <u>TWENTY (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 2 6 2008

W. Samuel Hamrick, Jr.
CLERK                                                DATE

By   , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                                AO-440S