1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Plaintiff, Michelle L. Jacko and Core
   Compliance and Legal Services, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| 11  MICHELLE L. JACKO, an individual; and CORE COMPLIANCE AND LEGAL SERVICES, INC., a California corporation, | CASE NO. 08-CV-0365 BEN (CAB) |
|---|---|
| 12 | *EX PARTE* APPLICATION TO DEEM SUBSTITUTE SERVICE EFFECTIVE |
| 13          Plaintiffs, | |
| 14  v. | Date:   TBA<br>Time:   TBA |
| 15  SHUSTAK & PARTNERS, P.C., a New York corporation, | Complaint Filed: February 26, 2008 |
| 16 | Hon. Cathy Ann Bencivengo |
| 17          Defendants. | |

# I
# INTRODUCTION

Shustak & Partners is a New York professional law corporation. It designated Erwin J. Shustak, a lawyer, its agent for service of process. When a process server showed up at Mr. Shustak's office, however, to serve a summons and complaint on him as Shustak & Partners' designated agent, Mr. Shustak called building security and had the process server physically removed from a public building.

# II
# MATERIAL FACTS

On February 26, 2008, Michelle Jacko and Core Compliance and Legal Services, Inc. filed a breach of contract action against Shustak & Partners, PC, a New York professional law corporation.[1]

Shustak & Partners is registered with California's Secretary of State as a New York corporation. It designated Erwin J. Shustak as its agent for service of process.[2]

On Tuesday, February 26, 2008, at about 4:00 p.m., a process server attempted to serve Mr. Shustak. When told that Mr. Shustak was in conference, the process server told the receptionist that he would wait until Mr. Shustak was free.[3]

At the receptionist's request, the process server showed her the summons and complaint. She left the reception desk and told Mr. Shustak.[4]

She came back and told the process server that Mr. Shustak would not come out to accept service, that the process server had to leave and that they were calling building security.[5]

About five minutes later building security escorted the process server out of the

---

[1]  Case No. 08-CV-0365 BEN (CAB).
[2]  Declaration of Edward McIntyre, p. 1. ¶ 2 and Exhibit 1.
[3]  Declaration of Jeffery Bochart, p. 1. ¶ 4.
[4]  Declaration of Jeffery Bochart, p. 1. ¶ 5.
[5]  Declaration of Jeffery Bochart, p. 1. ¶ 5.

building.[6]

## III
## SERVICE OF PROCESS OF A SUMMONS AND COMPLAINT

**Federal Rule 4.**

Federal Rule 4(h)(1)(A) allows service of process on a corporation, *inter alia*, "in the manner prescribed by Rule 4(e)(1) for serving an individual."

Federal Rule 4(e)(1) allows service of process, by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district is located and where service is made."

**Service on a Corporation.**

California Code of Civil Procedure § 416.10 allows service of process on a corporation by delivering a copy of the summons and complaint to the person designated agent for service of process.[7]

Here, Shustak & Partners designated Erwin Shustak—on whom the process server attempted service—and, Mr. Shustak had building security throw him out of the building.

**Substitute Service.**

Code of Civil Procedure § 416.20 permits substitute service, instead of personal delivery of a copy of the summons and complaint, "by leaving a copy of the summons and complaint during usual business hours in his or her office ... with the person who is apparently in charge ...."[8] Such service is effective under Rule 4.

Plaintiffs could continue to send a process server back to Mr. Shustak's office in further—obviously futile—efforts to effect personal service on Shustak & Partners' designated agent. To do so, however, only risks escalating physical confrontation.

Plaintiffs could have a process server haunt Mr. Shustak's home or stake out his car in

---

[6] Declaration of Jeffery Bochert, p. 1, ¶ 6.
[7] CCP § 416.10(a).
[8] *Innovative Office Products, Inc. v. Ole Smed*, 2007 U.S. Dist. LEXIS 76656, * 22 (C.D. Cal. August 15, 2007).

the parking garage—but with the same potentially untoward result.

## IV
## RELIEF SOUGHT

Plaintiffs request this Court to issue an order that the process server's attempt to effect service on Mr. Shustak, as the designated agent for Shustak & Partners, and Mr. Shustak's refusal to accept service and his having building security physically escort the process server from the office building, constitutes sufficient "due diligence" to permit substitute service by handing a copy of the summons and complaint to Karen Henry, a Shustak & Partners secretary, who said she could accept the summons and complaint,[9] and further by sending a copy by first class mail to Mr. Shustak.[10]

Plaintiffs also ask this Court to deem service on Karen Henry, the Shustak & Partners' secretary, as effective service on Shustak & Partners as of February 27, 2008.

DATED: February 27, 2008        Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP


By:   /s/ Edward J. McIntyre
      EDWARD J. MCINTYRE
      Attorneys for Plaintiff, Michelle L. Jacko and
      Core Compliance and Legal Services, Inc.

---

[9] See Proof of Service of Robert C. Porambo, p. 3, item No. 3.b.
[10] See Proof of Service of Robert C. Porambo, p. 5.

## CERTIFICATE OF SERVICE

I caused the *EX PARTE* APPLICATION TO DEEM SUBSTITUTE SERVICE EFFECTIVE to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Erwin Shustak
Agent for Service of Process
Shustak & Partners, P.C.
401 West A Street, Suite 2330
San Diego, CA 92101
**VIA U.S. MAIL**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of FEB 22, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| SHUSTAK & PARTNERS, P.C. |||
| **Number:** C2070166 | **Date Filed:** 2/19/1998 | **Status:** active |
| **Jurisdiction:** NEW YORK |||
| Address |||
| 401 WEST A STEET STE 2330 |||
| SAN DIEGO, CA 92101 |||
| Agent for Service of Process |||
| ERWIN J SHUSTAK |||
| 401 WEST A STEET STE 2330 |||
| SAN DIEGO, CA 92101 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

EXHIBIT 1
PAGE 1


EXHIBIT #1