```
 1  EDWARD J. MCINTYRE [SBN 80402]
    emcintyre@swsslaw.com
 2  SOLOMON WARD SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
 3  San Diego, California 92101
    Telephone: (619) 231-0303
 4  Facsimile: (619) 231-4755

 5  Attorneys for Plaintiff, Michelle L. Jacko and Core
    Compliance and Legal Services, Inc.
 6

 7
```

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. JACKO, an individual; and CORE COMPLIANCE AND LEGAL SERVICES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHUSTAK & PARTNERS, P.C., a New York corporation,<br><br>Defendants. | CASE NO. 08-CV-0365 BEN (CAB)<br><br>**DECLARATION OF EDWARD J. MCINTYRE IN SUPPORT OF *EX PARTE* APPLICATION TO DEEM SUBSTITUTE SERVICE EFFECTIVE**<br><br>Date:     TBA<br>Time:    TBA<br><br>Complaint Filed: February 26, 2008<br><br>Hon. Cathy Ann Bencivengo |

P:00414019:19017.002

08-CV-0365 BEN (CAB)

DECLARATION OF EDWARD J. MCINTYRE IN SUPPORT OF *EX PARTE* APPLICATION TO DEEM SUBSTITUTE SERVICE EFFECTIVE

1  Edward J. McIntyre, declares:

2  1.  I am a member of the Bar of this Court and the partner in my Firm primarily responsible for our representation of Michelle Jacko and Core Compliance and Legal Services, Inc. in this matter.

2.  Shustak & Partners is registered with California's Secretary of State as a New York corporation. It designates Erwin J. Shustak as its agent for service of process. I attach a true and correct copy of the Secretary of State's inquiry page.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct of my own personal knowledge and that I executed this declaration on February 27, 2008 at San Diego, California.

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE

# CERTIFICATE OF SERVICE

I caused the **DECLARATION OF EDWARD J. MCINTYRE IN SUPPORT OF *EX PARTE* APPLICATION TO DEEM SUBSTITUTE SERVICE EFFECTIVE** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Erwin Shustak
Agent for Service of Process
Shustak & Partners, P.C.
401 West A Street, Suite 2330
San Diego, CA 92101
**VIA U.S. MAIL**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE