1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Plaintiff, Michelle L. Jacko and Core
   Compliance and Legal Services, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| MICHELLE L. JACKO, an individual; and CORE COMPLIANCE AND LEGAL SERVICES, INC., a California corporation, | CASE NO. 08-CV-0365 BEN (CAB) |
|---|---|
| Plaintiffs, | **DECLARATION OF JEFFERY BOCHERT RE ATTEMPTED SERVICE OF SHUSTAK & PARTNERS** |
| v. | |
| SHUSTAK & PARTNERS, P.C., a New York corporation, | |
| Defendants. | |

P:00413925:19017.002

08-CV-0365 BEN (CAB)

DECLARATION OF JEFFERY BOCHERT RE ATTEMPTED SERVICE OF SHUSTAK & PARTNERS

Jeffery Bochert declares:

1. I am a process server for Knox Attorney Services.

2. On Tuesday, February 26, 2008, at 4:06 p.m. I attempted to serve Erwin Shustak, agent for service of process of Shustak & Partners.

3. I was informed by the receptionist that Mr. Shustak was in conference.

4. I told the receptionist that I would wait for him to be free.

5. The receptionist asked me what case was involved. I showed her the summons and complaint. She left and told Mr. Shustak and came back and told me I had to leave and that they were calling building security on me and that Mr. Shustak would not come out to accept service.

6. I waited for five minutes and building security escorted me out of the building.

I declare under penalty of perjury under the laws of the United States and State of California that the facts in this declaration are true and correct of my own personal knowledge and that I executed this declaration on February 26, 2008, at San Diego, California.

_____
JEFFERY BOCHERT

<u>**CERTIFICATE OF SERVICE**</u>

I caused the **DECLARATION OF JEFFERY BOCHERT RE ATTEMPTED SERVICE OF SHUSTAK & PARTNERS** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Erwin Shustak
Agent for Service of Process
Shustak & Partners, P.C.
401 West A Street, Suite 2330
San Diego, CA 92101
<u>**VIA U.S. MAIL**</u>

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE