```
1  Edward J. McIntyre, Esq.
   Solomon, Ward, Seidenwurm & Smith
2  401 B Street, Suite 1200
   San Diego, CA 92101
3  619.231.0303
4
5
6  ATTORNEY FOR PLAINTIFF
7
8
9
                      UNITED STATES DISTRICT COURT
10
                     SOUTHERN DISTRICT OF CALIFORNIA
11
12
13  Michelle L. Jacko, et al.,      ) Case No.: 08-CV-0365-BEN CAB
                                    )
14       Plaintiff,                 ) PROOF OF SERVICE
                                    )
15       vs.                        )
                                    )
16  Shustak & Partners, et al.      )
            Defendant               )
17                                  )
                                    )
18
19       I, Robert C. Porambo, declare as follows:
20       I am over the age of eighteen years and not a party to this
21  action. I am employed in the County of San Diego, California,
22  where the service occurred and my business address is 2250
23  Fourth Avenue, San Diego, CA 92101.
24
25
```

PROOF OF SERVICE - 1

1    I served the following documents:

2    SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER

3 SHEET

4 //

5

6 //

7 //

8 //

9 //

10 //

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROOF OF SERVICE - 2

EDWARD J. MCINTYRE, ESQ. (SBN 80402)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303               Ref. No.       : 0402566-01
Attorney for : PLAINTIFF   Atty. File No. : 19017.002

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF  : MICHELLE L. JACKO, an individual, et al.    Case No.: 08-CV-0365-BEN CAB
DEFENDANT  : SHUSTAK & PARTNERS, P.C.                    **PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served   :  SHUSTAK & PARTNERS, P.C., a New York corporation
                        Agent for service; ERWIN SHUSTAK
   b. Person served  :  KAREN HENRY, (SECRETARY)

4. Address where the party was served  401 WEST A STREET     SUITE 2330
                                       SAN DIEGO, CA  92101  (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on February 27, 2008  (2) at: 10:51 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   SHUSTAK & PARTNERS, P.C., a New York corporation
                      Agent for service; ERWIN SHUSTAK
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. ROBERT C. PORAMBO                    d. Fee for service: $43.25
   b. KNOX ATTORNEY SERVICE, INC.          e. I am:
      2250 Fourth Avenue                      (3) a registered California process server
      San Diego, California 92101                (i) an employee
   c. 619-233-9700                                (ii) Registration No. 152
                                                  (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 27, 2008          Signature: _____
                                            ROBERT C. PORAMBO

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

EDWARD J. MCINTYRE, ESQ. (SBN 80402)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303            Ref. No.      : 0402566-01
Attorney for : PLAINTIFF    Atty. File No. : 19017.002

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : MICHELLE L. JACKO, an individual, et al. | Case No.: 08-CV-0365-BEN CAB |
| DEFENDANT | : SHUSTAK & PARTNERS, P.C. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 02/26/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    SHUSTAK & PARTNERS, P.C., a New York corporation
                Agent for service; ERWIN SHUSTAK

Business  :     401 WEST A STREET SUITE 2330, SAN DIEGO CA 92101

Attempts to effect service are as follows:

02/27/08 10:51A  Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 27, 2008          Signature: _____
                                            ROBERT C. PORAMBO

Jud. Coun. form, rule 982.9          **DECLARATION RE DILIGENCE**

EDWARD J. MCINTYRE, ESQ. (SBN 80402)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303                    Ref. No.        : 0402566-01
Attorney for : PLAINTIFF        Atty. File No.  : 19017.002

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF   : MICHELLE L. JACKO, an individual, et al.        Case No.: 08-CV-0365-BEN CAB
DEFENDANT   : SHUSTAK & PARTNERS, P.C.                        **DECLARATION OF MAILING**

RE:   SHUSTAK & PARTNERS, P.C., a New York corporation
      Agent for service; ERWIN SHUSTAK

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On February 27, 2008 I served the within documents:

    SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

    SHUSTAK & PARTNERS, P.C., a New York corporation
    Agent for service; ERWIN SHUSTAK
    401 WEST A STREET        SUITE 2330
    SAN DIEGO, CA  92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 27, 2008 at SAN DIEGO, California.

Signature: _____
ROBERT C. PORAMBO

**DECLARATION OF MAILING**

## CERTIFICATE OF SERVICE

I caused the **PROOF OF SERVICE** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Erwin Shustak
Agent for Service of Process
Shustak & Partners, P.C.
401 West A Street, Suite 2330
San Diego, CA 92101
**VIA U.S. MAIL**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE