1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Plaintiff, Michelle L. Jacko and Core
   Compliance and Legal Services, Inc.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

| 11 | MICHELLE L. JACKO, an individual; and CORE COMPLIANCE AND LEGAL SERVICES, INC., a California corporation, | CASE NO. 08-CV-0365 BEN (CAB) |
|---|---|---|
| 12 | | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE PROVISIONS OF FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | SHUSTAK & PARTNERS, P.C., a New York corporation, | Complaint Filed:  February 26, 2008 |
| 16 | | Hon. Cathy Ann Bencivengo |
| 17 | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

1 | Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1), Michelle L.
2 | Jacko, an individual, and Core Compliance and Legal Services, Inc., hereby dismisses this
3 | civil action without prejudice.

4

5 | DATED: March 19, 2008    Respectfully submitted,

6 | SOLOMON WARD SEIDENWURM & SMITH, LLP

7

8 | By:   /s/ Edward J. McIntyre
       EDWARD J. MCINTYRE
9 | Attorneys for Plaintiff, Michelle L. Jacko and
       Core Compliance and Legal Services, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I caused the **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO THE PROVISIONS OF FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Erwin Shustak
Agent for Service of Process
Shustak & Partners, P.C.
401 West A Street, Suite 2330
San Diego, CA 92101
**VIA U.S. MAIL**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE